COURT EXHIBIT
7/17/15
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
UNITED STATES OF AMERICA,

          - against -                      13 CR 601 (RJD)

DALE HARPER, JOACHIM PIERRE LOUIS,
LUC DESMANGLES, BEAYAEH KAMARA,
and TANAEL DANIEL,

          Defendants.
---------------------------------------------------------- x

## VERDICT FORM

## COUNT ONE
(Conspiracy to Unlawfully Produce Identification Documents)

How do you find the defendant DALE HARPER?

Not Guilty _____          Guilty __✓__

How do you find the defendant JOACHIM PIERRE LOUIS?

Not Guilty _____          Guilty __✓__

How do you find the defendant LUC DESMANGLES?

Not Guilty _____          Guilty __✓__

How do you find the defendant BEAYAEH KAMARA?

Not Guilty _____          Guilty __✓__

How do you find the defendant TANAEL DANIEL?

Not Guilty _____          Guilty __✓__

1

## COUNT TWO
### (Honest Services Mail Fraud Conspiracy)

How do you find the defendant DALE HARPER?

Not Guilty _____                                          Guilty ✓

How do you find the defendant JOACHIM PIERRE LOUIS?

Not Guilty _____                                          Guilty ✓

How do you find the defendant LUC DESMANGLES?

Not Guilty _____                                          Guilty ✓

How do you find the defendant BEAYAEH KAMARA?

Not Guilty _____                                          Guilty ✓

How do you find the defendant TANAEL DANIEL?

Not Guilty _____                                          Guilty ✓


Dated: Brooklyn, New York
       July 17, 2015                    ) Foreperson

2